PROB 22

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER** (Tran. Court) | 1:04CR5272-2 AWI |
| **DOCKET NUMBER** (Rec. Court) | CR08-578 SBA |

**FILED AUG 27 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| SHAMEKA LAMBERT<br>Richmond, CA | Eastern District of California | Fresno |
| | **NAME OF SENTENCING JUDGE**<br>Anthony W. Ishii | |
| | **DATES OF PROBATION** | **FROM** 12/03/2007 — **TO** 12/02/2010 |

**OFFENSE**  18 USC 1791(a)(1) and (b)(3) - Providing Contraband in Prison

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8-8-08
*Date*

*Anthony W. Ishii, Chief United States District Judge*

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

AUG 19 2008
*Effective Date*

*United States District Judge*

CC: United States Attorney
    FLU Unit-United States Attorney's Office
    Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG